UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　CASE NO. 06-60339-CR-DIMITROULEAS
　　　　Plaintiff,

VS.

DELVINO RIGBY
　　　　Defendant.

## ORDER

THIS CAUSE having been heard before the Court on August 1, 2008 upon the Government's Motion for Sentence Reduction pursuant to F.R.Crim. P. 35 (b). Upon consideration of the government's motion and being duly advised, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED.

The sentence of 30 months imprisonment previously imposed is reduced to Time Served. All other aspects of the sentence remain the same as previously imposed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___1___ day of August, 2008.

　　　　　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:
Alex Soto, AUSA
Abe Bailey, Esq.
U.S. Probation Office
U. S. Marshal (3 certified copies)